No. 286, Misc.  BRANDT v. UNITED STATES;
No. 287, Misc.  BRACK v. UNITED STATES;
No. 288, Misc.  BRANDT v. UNITED STATES;
No. 289, Misc.  GEBHARDT v. UNITED STATES;
No. 290, Misc.  HOVEN v. UNITED STATES;
No. 291, Misc.  MRUGOWSKY v. UNITED STATES;
No. 292, Misc.  SIEVERS v. UNITED STATES;
No. 293, Misc.  FISCHER v. UNITED STATES;
No. 294, Misc.  GENZKEN v. UNITED STATES;
No. 295, Misc.  HANDLOSER v. UNITED STATES;
No. 296, Misc.  ROSE v. UNITED STATES;
No. 297, Misc.  SCHROEDER v. UNITED STATES;
No. 298, Misc.  BECKER-FREYSENG v. UNITED STATES; and
No. 299, Misc.  BEIGELBOECK v. UNITED STATES.  Motions for leave to file petitions for writs of habeas corpus and prohibition denied.  MR. JUSTICE BLACK, MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petitions should be set for hearing on the question of the jurisdiction of this Court.  MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 530.  BRIGGS, ADMINISTRATRIX, v. PENNSYLVANIA RAILROAD Co.  C. C. A. 2d.  Certiorari granted.  *Sol Gelb* for petitioner.  *Louis J. Carruthers* and *James G. Johnson, Jr.* for respondent.

No. 495.  BIBB MANUFACTURING Co. v. McCOMB, WAGE & HOUR ADMINISTRATOR.  C. C. A. 5th.  Certiorari denied.  *A. O. B. Sparks* for petitioner.  *Solicitor Gen-*

*eral Perlman, John R. Benney, William S. Tyson* and *Bessie Margolin* for respondent.

No. 502. FOREMAN'S ASSOCIATION OF AMERICA *v.* L. A. YOUNG SPRING & WIRE CORP. ET AL. United States Court of Appeals for the District of Columbia. Certiorari denied. *Walter M. Nelson, Allan R. Rosenberg* and *Warren L. Sharfman* for petitioner. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Harvey B. Diamond* for the National Labor Relations Board; and *Richard E. Cross* for the L. A. Young Spring & Wire Corp., respondents.

No. 521. SHURIN *v.* UNITED STATES. C. C. A. 4th. Certiorari denied. *Henry G. Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 522. ROOT ET AL. *v.* FRED WOLFERMAN, INC. Supreme Court of Missouri. Certiorari denied. *Clif Langsdale* and *Clyde Taylor* for petitioners. *R. B. Caldwell* and *Blatchford Downing* for respondent.

No. 523. SHILMAN *v.* UNITED STATES ET AL. C. C. A. 2d. Certiorari denied. *William L. Standard* for petitioner. *Solicitor General Perlman, H. G. Morison, Samuel D. Slade* and *Leavenworth Colby* for the United States.

No. 532. KOTT ET AL. *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. *David Berger, John W. Bohlen, Thomas D. McBride* and *Louis Halle* for petitioners.